### HOTCHKISH'S PETITION.

In petitions for divorce the same notice is to be given as in other cases, where it can be done.

PETITION for divorce. Question — Whether twelve days' notice was necessary, as required by the law in other cases.

By the COURT. Cases of this nature are within the reason of the law with respect to notice, where it can be done.

### DURAND V. CARRINGTON.

A second action for the same cause is not abated by the pendency of the first, where the first was defective and the second necessary for security or for a recovery.

ACTION on note by attachment. Plea in abatement — That the plaintiff commenced another action by attachment prayed out and served previous to the present writ, for the same cause, matter and thing.

Reply — That said first attachment was not legally served so as to hold the estate taken thereby; and the plaintiff discovering said defect, prayed out the present writ of attachment, to secure his debt and that he did not answer in or pursue said first action. Demurrer.

Judgment — Reply sufficient — for that the second writ is not for vexation; but to secure the plaintiff's debt.

### GILLET V. BRISTOW.

In a reply to a plea of no award, to an action upon an arbitration note, it is necessary to set forth not only the award, but a breach on the part of the defendant.

ERROR to reverse a judgment of the County Court in an action upon a note, Bristow v. Gillet. Plea — That it is an arbitration note, and that said arbitrators never made any good and legal award.

The plaintiff replied the submission and award and set them forth, but did not allege that the defendant had not performed it. Demurrer. Judgment — Reply sufficient.

Error assigned — That the plaintiff had not alleged a breach on the part of the defendant.

Judgment — Manifest error — for it is necessary that the plaintiff in such case, not only reply a good award, but also allege a breach on the part of the defendant.